IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V. | *   CASE NO.  4:06CR00212-01 SWW |
| | * |
| JAMES EDWARD GRAY | * |

### ORDER

On April 12, 2021, the Court held a hearing on the United States' superseding petition [ECF No. 49] to revoke the supervised release previously granted Defendant.  Defendant was present at the hearing.  Also present were Defendant's attorney, Crystal J. Okoro, and Assistant United States Attorney Stacy Williams for the Government.  Based on the testimony presented and statements on the record, the Court found that Defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the Government's superseding petition to revoke supervised release [ECF No. 49] is **GRANTED**, and the supervised release previously granted Defendant is **REVOKED.**  The Government's superseding motion replaces a previously filed petition [ECF No. 46], which is therefore moot.

IT IS FURTHER ORDERED that Defendant shall serve a ***term of imprisonment of TWELVE (12) MONTHS and ONE (1) DAY*** in the custody of the Bureau of Prisons. The Court recommends that Defendant be incarcerated in Forrest City, Arkansas so that he may be close to his wife and family, who live in Scott, Arkansas. The Court further recommends that Defendant participate in substance abuse and mental health treatment during his incarceration.

There will be ***THREE (3) YEARS supervised release*** following the term of incarceration. All general and standard conditions of supervised release previously imposed remain in full force and effect. In addition, Defendant will be subject to the following special conditions of supervised release:

    1. Defendant must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. Defendant must abstain from the use of alcohol during treatment. Defendant must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If Defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

    2. Defendant must participate, under the guidance and supervision of the U.S. Probation Office, in a mental health treatment program, which may include psychological testing, outpatient counseling, and residential treatment. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

The defendant is remanded to the custody of the United States Marshals

Service.

IT IS SO ORDERED THIS 12TH DAY OF APRIL, 2021.

<u>/s/Susan Webber Wright</u><br>
UNITED STATES DISTRICT JUDGE